```
       UNITED STATES
    BANKRUPTCY CT-KANSAS

            Wichita Division

    # 00127408 - DD
     March 9, 2010    0

    Code    Case #    Qty      Amount

    UNCLAIM  08-11220           0.82 CH
      Debtor - SNYDER


    TOTAL#         0.82


    FROM: Linda S. Parks
          100 N Broadway
          Suite 950
          Wichita KS 67202-2209
```

| Date: 03/08/10 | Check Number: 316 | Amount: 0.82 |
|---|---|---|
| Case Number: 08-11220 REN<br>Debtor Name: SNYDER, VIRGINIA LEE | | |
| Paid To: United States Bankruptcy Court<br>KS | Trustee: Linda S. Parks<br>100 N. Broadway, Suite 950<br>Wichita, KS 67202-2209 | |
| Description: REMITTED TO COURT | | |
| Bank Account Number: 443789659 | | |